UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Phillip A. Brown II,**

    Petitioner,

    v.

**Warden David Bergh,**

    Respondent.          /

Honorable  :  <u>Patrick J. Duggan</u>

Civil Action No. :  <u>2:09-CV-14850</u>

**FILED**
OCT 22 201?
CLERK'S OFFICE-DET?
U.S. DISTRICT C?

FILED
OCT 22 2012
CLERK'S OFFICE
DETROIT

<u>Motion to Amend Caption for Respondent David Bergh</u>
Habeas Corpus Rule #2 (a)

Now Comes Petitioner, Phillip A. Brown II, and requests the court enter an ORDER to AMEND the CAPTION with the proper Respondent Warden David Bergh. See Holder v. Curley, 749 F.Supp.2d 644, 645 (E.D. Mich. 2010) [2]

On 9/25/12, this court entered an Order lifting the stay since all of Petitioner's habeas claims are now fully exhausted in the state court.

When this habeas petition was initiated in 2009, and thereafter the proper Respondent was Cindi Curtin. However, the immediate custodian is now Warden David Bergh at the Thumb Correctional Facility in Lapeer, Michigan.

In Rumsfeld v. Padilla, 542 U.S. 426, 434-435; 124 S.Ct. 2711 (2004), the Court held that the proper Respondent or immieditate custodian rule is inflexible and rarely exceptionable in habeas corpus cases.

The Court went further and concluded that this rule is jurisdictional for proper habeas corpus proceedings. Id. at 450

For these reasons, Petitioner respectfully requests that this court enter an ORDER AMENDING the CAPTION to David Bergh as the Respondent.

Sincerely,

*Phillip A. Brown II*

P A. BROWN II - #271566

CORRECTIONAL FACILITY

JOHN CONLEY DRIVE

R, MICHIGAN 48446

Priority Mail
ComBasPrice

UNITED STATES POSTAGE

$ 05.04⁰

OCT 19 2012

MAILED FROM ZIP CODE



U.S. MARSHALS

CLERK OF THE COURT

U.S. DISTRICT COURT

231 W. LAFAYETTE BLVD.

DETROIT, MICHIGAN 48226

Case 2:09-cv-14850-SJM-VMM  ECF No. 83, PageID.2505  Filed 10/22/12  Page 2 of 2